1  STEVEN G. KALAR
   Federal Public Defender
2  RITA BOSWORTH
   Assistant Federal Public Defender
3  55 South Market Street
   Suite 820
4  San Jose, CA 95113
   Telephone: (408) 291-7753
5
   Counsel for Defendant ARBALLO
6

7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-15-411 BLF (NC) |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO MODIFY CONDITIONS OF BOND AND [~~PROPOSED~~] ORDER |
| vs. | ) | |
| CHRISTIAN ARBALLO, | ) | |
| Defendant. | ) | |

On October 25, 2016, Mr. Arballo was sentenced to 30 months in custody. He was permitted to remain on release until January 2, 2017, at which point he will report to a designated BOP location to serve his sentence. Mr. Arballo has been on pretrial release since August 2015. Since his release, he has had no violations. While he was originally subject to home confinement and electronic monitoring, he eventually received permission to get a job, which he maintains today; he made the transition from home confinement to a curfew; and his electronic monitoring condition was removed. He has no issues with drugs or alcohol, he pays child support for his four children, and he financially supports his mother, with whom he lives.

Mr. Arballo is requesting that the Court modify the conditions of his bond, which currently require him to live at home and abide by a nightly curfew, to permit him to travel to

Stipulation to Modify Bond Conditions and
Proposed Order
CR-15-411 BLF (MAG)                        1

Reno, Nevada, from November 11 to November 13, 2016, in order to visit a sick relative. Mr. Arballo has notified pretrial services of this request and they have no objection. The government also has no objection. As such, the parties hereby stipulated that the conditions of Mr. Arballo's bond may be modified to permit him to complete the aforementioned travel.

Dated: October 26, 2016

s/_____
JONAS LERMAN
Assistant United States Attorney

Dated: October 26, 2016

s/_____
RITA BOSWORTH
Assistant Federal Public Defender

[PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the defendant's bond shall be modified such Mr. Arballo is permitted to travel to Reno, Nevada, from November 11, 2016, to November 13, 2016, provided that he consults with and receives approval from pretrial services regarding the details of his travel prior to departure.

It is so Ordered.

Dated: October 27, 2016

_____
HON. MAGISTRATE JUDGE
United States Magistrate Judge
HOWARD R. LLOYD

Stipulation to Modify Bond Conditions and
Proposed Order
CR-15-411 BLF (MAG)                         2